# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                      Case Number:

Laura L. Vitale v. Blatt, Hasenmiller, Leibsker & Moore, LLP

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laura L. Vitale

FILED: AUGUST 17, 2008
08CV4674
JUDGE BUCKLO
MAGISTRATE JUDGE BROWN
JH

| | |
|---|---|
| NAME (Type or print) <br> Richard J. Wasik | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Richard J. Wasik | |
| FIRM <br> Law Offices of Richard J. Wasik | |
| STREET ADDRESS <br> 1304 W. Washington, 1st Floor | |
| CITY/STATE/ZIP <br> Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> rwasi9846 | TELEPHONE NUMBER <br> 312-676-1885 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |