## United States District Court for the Northern District of Illinois

Case Number: 08CV4674                 Assigned/Issued By: DAJ

Judge Name: BUCKLO                   Designated Magistrate Judge: BROWN

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00    [ ] $39.00    [ ] $5.00

[ ] IFP       [ ] No Fee    [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                    Receipt #: 3026684

Date Payment Rec'd: 08/17/08           Fiscal Clerk: DAJ

---

### ISSUANCES

[✓] Summons                          [ ] Alias Summons

[ ] Third Party Summons              [ ] Lis Pendens

[ ] Non Wage Garnishment Summons     [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons
                                     _____
[ ] Citation to Discover Assets      (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

1 Original and 0 copies on 08/17/08 as to DEF.

C:\wpwin80\docket\feeinfo.frm    03/14/05